THOMAS E. WILLOUGHBY
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York, 10006
(212) 669-0600

08 CV 03218



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WAGMAN PRIMUS GROUP LP,



                Plaintiff,

   - against -                                    Rule 7.1 Statement

M/V HANJIN NAGOYA, her engines, tackle,
boiler, etc. *in rem*, and HANJIN SHIPPING,
*in personam*,

                Defendants.
------------------------------------------------------------X

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (Private, Non-Governmental Parties) certify that the following are parent corporations and/or publicly held corporations that own 10% or more of Plaintiff's stock.

                             NONE

Dated: New York, New York
        March 31, 2008

                                  HILL RIVKINS & HAYDEN
                                  Attorneys for Plaintiff

                             By: _____
                                  Thomas E. Willoughby
                                  45 Broadway, Suite 1500
                                  New York, New York 10006
                                  (212) 669-0600