Thomas E. Willoughby
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York, 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WAGMAN PRIMUS GROUP LP,

                      Plaintiff,

   - against -

M/V HANJIN NAGOYA, her engines, tackle,
boiler, etc., *in rem*, and HANJIN SHIPPING,
*in personam*

                      Defendants.
-------------------------------------------------------------X

Index No.  08 Civ. 3218 (LTS)(MHD)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF NEW YORK SS.:

    The undersigned, being duly sworn, says: I am not a party to the action, am over 18 years of age and reside in the State of New York.

    On April 17, 2008, I served a true copy of the annexed **INITIAL CONFERENCE ORDER and INDIVIDUAL PRACTICES RULES OF JUDGE SWAIN AND MAGISTRATE JUDGE DOLINGER**

☒ Service By Mail    by depositing a true copy thereof enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

    HANJIN SHIPPING
    80 East Route 4
    Paramus, New Jersey 07652

                                    _____
                                          Maria G. West

Sworn to before me
On the 17 day of April 2008

_____
Notary Public

    ROBERT BLUM
  Notary Public, State Of New York
      No.01BL4914091
   Qualified In Kings County
 Certificate Filed In New York County
Commission Expires December 7, 2011