Form 27 - GENERAL PURPOSE

HILL RIVKINS & HAYDEN LLP
ATTN:

U.S. SOUTHERN DIST. COURT     NEW YORK  COUNTY
-------------------------------------------------

WAGMAN PRIMUS GROUP, LP                plaintiff

                - against -

M/V HANJIN NAGOYA, HER ENGINES,        defendant
TACKLES, BOILER, ETC, IN REM, ETANO

-------------------------------------------------

Index No. **08 CIV 03218**

Date Filed .............

Office No. **29811-TEW**

Court Date:  / /

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**DANIEL KNIGHT**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the **9th  day of April, 2008**    at  **03:08 PM.**,                at
   80 EAST ROUTE 4
   PARAMUS, NJ 07652
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **RULE 7.1 STATEMENT**
   **JUDGES RULES**

upon **HANJIN SHIPPING**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **DAVID BHEI, BENEFIT REPRESENTATIVE & MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
   SEX: **MALE**           COLOR: **ASIAN**        HAIR: **BLACK**
   APP. AGE: **26**        APP. HT: **5:9**        APP. WT: **170**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
15th  day of  April, 2008e



KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

DANIEL KNIGHT
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3HRLOM121703