Thomas E. Willoughby
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York, 10006
(212) 669-0600

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 3 0 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

WAGMAN PRIMUS GROUP LP,

                Plaintiff,

    - against -

M/V HANJIN NAGOYA, her engines, tackle,
boiler, etc., *in rem*, and HANJIN SHIPPING,
*in personam*

              Defendants.

-------------------------------------------------------X

Index No.
08 Civ. 3218(LTS)MHD)

**STIPULATION OF
DISCONTINUANCE**

    IT IS HEREBY STIPULATED AND AGREED, that the above-entitled action having

been settled, that it be and the same hereby is dismissed with prejudice, but without cost to any

party subject to being re-opened within sixty (60) days after dismissal, should settlement funds

not be received.

Dated: June 24, 2008

HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff

By: _____
Thomas E. Willoughby (TW4452)
45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600

SO ORDERED:

_____
LAURA TAYLOR SWAIN,
United States District Judge